# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KIRBY DAVIS,

    Plaintiff,

v.                                                            Case No. 3:03-cv-233/LAC

BAYER CORPORATION, a subsidiary of
BAYER A.G., WYETH, f/k/a AMERICAN
HOME PRODUCTS and ECKERD CORPORATION
OF FLORIDA, INC.,

    Defendants.
_____/

## **UNCONDITIONAL ORDER OF DISMISSAL WITH PREJUDICE**

This matter came before the Court upon defendant Bayer Corporation's ("Bayer") Motion Requesting Unconditional Order of Dismissal with Prejudice, wherein Bayer represented to the Court that plaintiff did not file and serve Bayer with an Intent to Revoke Stipulation and Motion to Dismiss with Prejudice on or before December 12, 2006 as provided for in the Court's October 13, 2006 conditional dismissal order.  Based upon consideration of said motion, the Court's October 13, 2006, conditional dismissal order and the fact that plaintiff did not file an Intent to Revoke Stipulation and Motion to Dismiss with Prejudice on or before December 12, 2006 and the Court being fully advised,

**IT IS HEREBY ORDERED THAT** the above-entitled action is dismissed with prejudice, with each party to bear its own costs.

**ORDERED** on this 15th day of December, 2006.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge
