**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

KIRBY DAVIS,

    Plaintiff,

v.                                              Case No. 3:03-cv-233/LAC

BAYER CORPORATION, a subsidiary of
BAYER A.G., WYETH, f/k/a AMERICAN
HOME PRODUCTS and ECKERD CORPORATION
OF FLORIDA, INC.,

    Defendants.
_____/

**UNCONDITIONAL ORDER OF DISMISSAL
WITH PREJUDICE OF CERTAIN CLAIMS AGAINST ECKERD**

    This matter came before the Court upon defendant Eckerd Corporation's ("Eckerd") Motion Requesting Unconditional Order of Dismissal of Certain Claims Against Eckerd With Prejudice, wherein plaintiff and Eckerd stipulated and agreed that plaintiff's claims against Eckerd which were based upon, or in any way related to, Eckerd's alleged sale of a Bayer Corporation Alka-Seltzer Plus product or products be dismissed with prejudice pursuant to Florida R. Civ. P. 1.250(b), with each party to bear its own costs. The parties' stipulation provided that if plaintiffs had not filed and served Eckerd with an Intent to Revoke Stipulation and Motion to Dismiss with Prejudice within sixty (60) days the date of

the stipulation, the defendants "shall file a proposed unconditional order of dismissal with prejudice" with this Court.  Based upon consideration of said motion, the Court's October 13, 2006, conditional dismissal order and the fact that plaintiffs did not file an Intent to Revoke Stipulation and Motion to Dismiss with Prejudice on or before December 12, 2006, and the Court being fully advised,

**IT IS HEREBY ORDERED THAT** plaintiff's claims against Eckerd which were based upon, or in any way related to, Eckerd's alleged sale of a Bayer Corporation Alka-Seltzer Plus product or products are hereby dismissed with prejudice, with each party to bear its own costs.

**ORDERED** on this 15th day of December, 2006.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge